Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HEILBRUN, an individual, | Case No.: 15cv1362 AJB DHB |
| Plaintiff, | **Plaintiff's Notice of Dismissal** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT:

   Plaintiff dismisses the entire action with prejudice pursuant to Fed. Rule of Civ. Pro. 41(a)(1)(A)(i).

Dated: September 14, 2015

                                         __s/Jeremy S. Golden_____
                                         Jeremy S. Golden
                                         Attorney for Plaintiff

1
Plaintiff's Notice of Dismissal